**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: K.E.S., M.D.S. & J.L.J., MINORS | : | No. 548 MAL 2019 |
| | : | |
| | : | |
| PETITION OF: T.S. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 5th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.